O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA MARTINEZ, | ) | CASE NO. ED CV 10-01301 RZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: November 30, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE